(No. 75-CC-761—

WARREN SHUFLEDT, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed February 10, 1975.*

WARREN SHUFELDT, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-776—

GENE JOHNS, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed February 10, 1975.*

GENE JOHNS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.